**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**LUFKIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:20CR54-4** |
| | § | |
| **KEVON LAZARD** | § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION**
**ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, for administration of a guilty plea under Rules 11 and 32 of the Federal Rules of Criminal

Procedure.  Judge Giblin conducted a hearing in the form and manner prescribed by Federal Rule

of Criminal Procedure 11 and issued his Findings of Fact and Recommendation on Guilty Plea

Before the United States Magistrate Judge [Doc. #74].  The magistrate judge recommended that the

Court accept the defendant's guilty plea and conditionally accept the plea agreement.  He further

recommended that the Court finally adjudge the defendant as guilty on Count Two of the charging

Indictment filed against the defendant in this cause.

The parties have not objected to the magistrate judge's findings.  The Court **ORDERS** that

the Findings of Fact and Recommendation on Guilty Plea [Doc. #74] of the United States Magistrate

Judge are **ADOPTED**.  The Court accepts the defendant's plea, but defers acceptance of the plea

agreement and plea agreement addendum until after review of the presentence report.  The Court

further **ORDERS** the defendant's attorney to read and discuss the presentence report with the

defendant, and file any necessary objections to the report before the date of the sentencing hearing.

-1-

It is further **ORDERED** that, in accordance with the defendant's guilty plea and the magistrate judge's findings and recommendation, the defendant, Kevon Lazard, is adjudged as guilty on Count Two of the Indictment charging violation of 18 U.S.C. §§ 371 and  2314.

**So Ordered and Signed**

Nov 9, 2021

Ron Clark
Senior Judge